UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **CONNER SLEVIN,** an individual, *<br>*<br>*<br>PLAINTIFF, *<br>v. *<br>*<br>**BAEK FAMILY PARTNERSHIP LLC,** a limited liability company, *<br>*<br>*<br>DEFENDANT. *<br>* | Case No._____ |

**SUMMONS IN A CIVIL ACTION**

To: **BAEK FAMILY PARTNERSHIP LLC,** C/o Will Patterson, Vital Enterprises, 3855 SW 153rd Drive, Beaverton, OR 97003, wpatterson@vital-enterprises.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jessica Molligan, Attorney at Law, P.O. Box 16893, Portland, OR 97292.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

Date:_____        _____
                              *Signature of Clerk or Deputy Clerk*