**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF OREGON**
**PORTLAND DIVISION**

| | | |
|---|---|---|
| **CONNER SLEVIN,** an individual, | * * * | |
| PLAINTIFF, | * * | |
| v. | * * | Case No. 3:23-CV-01487-YY |
| **BAEK FAMILY PARTNERSHIP LLC,** a limited liability company, | * * * | |
| DEFENDANT. | * * * | MOTION FOR ORDER ALLOWING ATTORNEY WITHDRAWAL |

Comes now counsel for Plaintiff, Jessica Molligan, and moves this Court, pursuant to LR 83-11, for an Order allowing her to withdraw from representation due to Plaintiff Conner Slevin's lack of cooperation with counsel.

I have conferred with opposing counsel on this motion and Defendant objects.

Dated this July 24, 2024.                            /s/ Jessica Molligan
                                                                      Jessica Molligan, OSB #001823